**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Jamie Thompson, | : :  : Civil Action No.: 5:15-cv-00014-L : |
| Plaintiff, | : |
| v. | : : |
| Jon Barry & Associates, Inc. d/b/a Paragon Revenue Group; and DOES 1-10, inclusive, | : : : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Jamie Thompson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 22, 2015

                                                Respectfully submitted,

                                                By: <u>/s/ Sergei Lemberg</u>
                                                Sergei Lemberg
                                                Lemberg Law L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg